**SANDERS LAW, PLLC**
Craig B. Sanders, Esq. (284397)
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
Our File No.: 103601

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURANCE B. AIUPPY,<br><br>Plaintiff,<br><br>vs.<br><br>SET GLOBAL INC.,<br><br>Defendant. | Case No. 2:13- cv-07198-DDP-PJWx<br><br>**ORDER IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SET GLOBAL INC.**<br><br>**Hon. Dean D. Pregerson** |

Before the Court is the Motion for Default Judgment (the "Motion") filed by the plaintiff, Laurance B. Aiuppy ("Plaintiff"), against Set Global Inc. ("Defendant"). Having carefully considered the papers filed in support of the instant Motion, the Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15.

For the reasons stated in the Motion and for good cause shown, the Court **GRANTS** Plaintiff's Motion as follows:

[PROPOSED] ORDER IN SUPPORT OF PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT AGAINST DEFENDANT

(1) The Court finds that Plaintiff owns all right, title, and interest in and to U.S. Copyright Registration No. VA000632662.

(2) The Court finds that, as to Count 1 of Plaintiff's Complaint, Defendant engaged in direct copyright infringement in that Defendant's website posted pictures that infringed Plaintiff's copyright in violation of 17 U.S.C. § 501;

(3) Plaintiff is awarded statutory damages for copyright infringement pursuant to 17 U.S.C. § 504(c) in the amount of $1,000.00

(4) Plaintiff is awarded costs in the amount of $570.00 (inclusive of the $400.00 Court filing fee and $170.00 in process server fees) incurred in commencing this action.

(5) The amount of Plaintiff's award and attorneys' fees in connection with this action, pursuant to 17. U.S.C. § 505, will be decided pursuant to a fee application to be submitted by Plaintiff's counsel within twenty (20) days of this Order.

**IT IS SO ORDERED.**

DATED: August 26, 2015

HON. DEAN D. PREGERSON
United States District Judge

[PROPOSED] ORDER IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT